S. D. KRAMER AND CECELIA KRAMER, HIS WIFE, *Appellants*, v. W. S. BARNETT AND ST. JAMES INVESTMENT COMPANY, A CORPORATION, *Appellees.*

Division B.

Decision Filed July 20, 1927.

*D. C. Campbell,* for Appellants;

*Milam, McIlvaine & Milam,* for Appellees.

PER CURIAM.—This is an appeal from the order of the Chancellor sustaining exceptions to and striking the answer interposed to a bill to foreclose a mortgage.

The order of the Chancellor should be sustained on authority of the opinion in the case of Wayne Realty and Investment Company v. Whitten et ux, 90 Fla. 433, 106 So. 125, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.